DEC 15 2011

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIVIL RIGHTS COMPLAINT

FILED
2011 DEC 15 P 3: 21
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Kinion, Paul
_____,
Plaintiff(s),
(Full name(s); Do not use *et al.*)

v.

City of Waterbury
Police Department
John Doe/Jane Doe
Official Capacity
:
Individual Capacity
_____
Defendant(s).
(Full name(s) and capacity, e.g., official capacity, individual capacity, or official and individual capacitites) (Do not use *et al.*)

Case No. _____
(To be supplied by the court)

**A. PARTIES**

1. Paul A. Kinion is a citizen of Connecticut who
   (Plaintiff)                              (State)
presently resides at Osborn CI: P.O. Box 100 Somers, CT. 06071.
                     (mailing address)

2. Defendant City of Waterbury-Police Dept. is a citizen of Connecticut
              (name of first defendant)                  (State)
whose address is 255 East Main St. Waterbury, CT. 06704,
and who is employed as City of Waterbury-Police Department
                      (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No. If your answer is "Yes," briefly explain:

During my arrest the Police Force came to scene. Several Police Officers: Captain, Lieutenant, Sergeant, etc, Patrol officers...

3. Defendant _____ is a citizen of _____
          (name of second defendant)                        (State)

whose address is _____

and who is employed as _____.
                    (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___Yes ___No. If your answer is "Yes," briefly explain:

_____

_____

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

   ✓ _____ 42 U.S.C. § 1983 (applies to state defendants)

   _____ **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

2

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

On 4/17/11 about 1AM I was arrested for multiple Felonies & Misdemeanors. During my arrest I was beaten about my face, head, kicked & stomped, choked, pushed & pulled. I recieved several injuries to my face stitched, head stapled in 2 places. Shoulder, neck, chest, back, legs, all beaten upon. This occured during my arrest, while cuffed behind my back.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** During my arrest I was savagely beat by several officers while I was cuffed behind my back.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

I was arrested, at which point I was beat upon my face, head & body by several officers. I was then put into a Police car an taken to the hospital (Saint Mary's Hospital) where I was seen, recieved several stitches to my face. Then I recieved several staples to close (2) different wounds to my head.. All wounds I recieved from a object of some sort, each wound required 4 stitches, 4 staples & 4 staples to face & 2 head wounds.

**Claim II:** <u>I was called all kinds of racist names along with a constant yanking, pulling, pushing, kicking... Choked...</u>

**Supporting Facts:**

I feared for my life while in a Dark alley with nobody but the officers an myself, the beating lasted several minutes, I have been on Motrin for several pains to my Neck, Head, shoulder, chest, back & legs. At one point I was given another medication for I believe to be nerve damage.

**Claim III:** <u>Mentally & Emotionally, besides being Physically injured, I was & continue to be going thru mental & emotional trauma.</u>

**Supporting Facts:**

I have had to see Mental Health for having nightmares, an having trouble dealing with any body that has Police Authority an carries weapons.

4

# E. PREVIOUS LAWSUITS

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?
   ____Yes _✓_ No.  If your answer is "Yes," describe each lawsuit.  (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS.")

   a. Parties to previous lawsuit:

   Plaintiff(s):_____

   Defendant(s):_____

   b. Name and location of court and docket number_____

   c. Disposition of lawsuit.  (For example, was the case dismissed?  Was it appealed?
   Is it still pending?)
   _____

   d. Issues raised: _____
   _____

   e. Approximate date of filing lawsuit:_____

   f. Approximate date of disposition: _____

2. If you have filed other lawsuits in this court in the last ten (10) years that are not related to the acts complained of in Part D, please list them.  (If you need additional space, use a blank sheet which you should label "E. PREVIOUS LAWSUITS.")
   (no)_____

   _____
   _____
   _____
   _____
   _____

## F. REQUEST FOR RELIEF

I request the following relief:

$1,000,000 and lifetime counseling for the trauma I'll continue to face, an therapy for injuries, both physically & mentally/emotionally

## G. JURY DEMAND

Do you wish to have a jury trial?   Yes ✓     No _____

_____     Paul Kinion
Original signature of attorney (if any)     Plaintiff's Original Signature

_____     Paul Kinion
Printed Name     Printed Name

_____     _____

( )     ( ) Dept of Correction - Osborn
Attorney's full address and telephone     Plaintiff's full address and telephone
                                         P.O. Box 100
                                         Somers, CT. 06071
_____     _____
Email address if available     Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on _____
                   (location)                              (date)

Paul Kinion
Plaintiff's Original Signature

(Rev. 9/22/09)