UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL KINION | ) CIVIL ACTION NO. 3:11-CV-01941-AVC | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| RYAN CUBELLS, MARC SHAROH, | ) | |
| SCOTT PHELLAN | ) | |
| Defendants, | ) | AUGUST 1, 2017 |

JOINT PRETRIAL MEMORANDUM

1. <u>TRIAL COUNSEL:</u>

    Edward C. Taiman, Jr.
    Sabia Taiman, LLC
    450 Church Street
    Hartford, CT 06103
    Phone: 860-541-2077
    etaiman@sabialaw.com

    Frederick J. Trotta, Esq.
    Halloran & Sage LLP
    One Century Tower
    265 Church Street, Suite 802
    New Haven, CT 06510
    Phone: 203-672-5432
    trotta@halloransage.com

- 1 -

One Century Tower
265 Church Street
Suite 802
New Haven, CT 06510


HALLORAN
&SAGE LLP

Phone (203) 672-5432
Fax (203) 672-5480
Juris No. 432591

Mark A. Perkins, Esq.
Halloran & Sage LLP
One Century Tower
265 Church Street, Suite 802
New Haven, CT 06510
Phone: 203-672-5432
perkins@halloransage.com

Joseph A. Mengacci, Esq.
Office of Corporation Counsel
235 Grand Street, 3rd Floor
Waterbury, CT 06702
Phone: 203-574-6731
jmengacci@waterburyct.org

Linda Wihbey, Esq.
Office of Corporation Counsel
235 Grand Street, 3rd Floor
Waterbury, CT 06702
Phone: 203-574-6731
lwihbey@waterburyct.org

2.  **JURISDICTION:**

The Court's jurisdiction is based upon an alleged violation of Federal Statute, 42 U.S.C.

§1983.

3.  **JURY/NON-JURY:**

The case is to be tried to a jury.

4.  **LENGTH OF TRIAL:**

It is estimated evidence will take 3 days.

One Century Tower
265 Church Steet
Suite 802
New Haven, CT 06510



Phone (203) 672-5432
Fax (203) 672-5480
Juris No. 432591

5.  <u>FURTHER PROCEEDINGS:</u>

None, other than hearings on motions in limine.

6.  <u>NATURE OF CASE:</u>

<u>Paul Kinion:</u>

On April 17, 2011, at approximately 12:15 am, the Defendants were in pursuit of the Plaintiff, Paul Kinion, who had just left an establishment known as the Sportsmen's Club in Waterbury, Connecticut. Mr. Kinion admits that on said date and time, he was fleeing the police and was in possession of an armed handgun.  The Defendants knew Mr. Kinion was armed based upon eyewitness reports.  During the pursuit, Mr. Kinion attempted to hide the loaded handgun under the rear porch of a property located at 36 Hill Street in Waterbury.  When the Defendants located the Plaintiff he was placed in custody.

The Plaintiff claims the Defendants used excessive force upon him after he was handcuffed. Additionally, the Plaintiff asserts a claim of failure to intervene against one or more of the Defendants.

<u>Ryan Cubells</u>

On April 17, 2011, at approximately 12:15 am, the Defendants were in pursuit of the Plaintiff, Paul Kinion, who was suspected of committing armed robbery at the Sportsmen's Club in Waterbury, Connecticut. During the commission of the armed

One Century Tower
265 Church Street
Suite 802
New Haven, CT 06510

HALLORAN
&SAGE LLP

Phone (203) 672-5432
Fax (203) 672-5480
Juris No. 432591

robbery, Mr. Kinion was involved in a physical altercation with one or more of the patrons of the Sportsmen's Club.  Mr. Kinion admits that on said date and time, he was fleeing the police and was in possession of an armed handgun.  The Defendants knew Mr. Kinion was armed based upon eyewitness reports.   During the pursuit, Mr. Kinion attempted to hide the loaded handgun under the rear porch of a property located at 36 Hill Street in Waterbury.  When the Defendants located the Plaintiff he was placed in custody.

The Plaintiff claims the Defendants used excessive force upon him after he was handcuffed. Additionally, the Plaintiff asserts a claim of failure to intervene against one or more of the Defendants.

The Defendants deny these claims and assert the Plaintiff resisted arrest and one or more of the Defendants used reasonable force under the circumstances to subdue him. The Defendants further assert that they are entitled to qualified and governmental immunity.  Additionally, the Defendants assert that some or all of the Plaintiff's injuries were caused by his wrongful and illegal acts done prior to being captured by the Defendants.

Marc Sharoh and Scott Phelan:

The Defendants, Marc Sharoh and Scott Phelan hereby adopt the representations set forth above by Ryan Cubells in his Nature of Case.

- 4 -

One Century Tower
265 Church Street
Suite 802
New Haven, CT 06510

HALLORAN
&SAGE LLP

Phone (203) 672-5432
Fax (203) 672-5480
Juris No. 432591

PROPOSED STATEMENT OF FACT TO JURY:

The parties agree that the Court can read the Nature of Case set forth by Ryan Cubells as the Proposed Statement of Facts.

7. TRIAL BY MAGISTRATE JUDGE:

The parties do not agree to a jury trial before a Magistrate Judge.

8. EVIDENCE:

a. Witnesses:

Plaintiff's witness list:

1. Paul Kinion, Northern Correctional Institution, 287 Bilton Road Somers, CT.
It is expected that Mr. Kinion will testify to some general background information about his life.   He will also testify regarding his observations, actions, communications and experiences at the Sportsmen's Club regarding an altercation that occurred on April 17, 2011, including as his observations, actions, communications and experiences with Defendants Cubells, Sharoh and Phelan as well as other members of the Waterbury Police Department on April 17, 2011 when he was handcuffed, beaten, and arrested. He will further testify about the

One Century Tower
265 Church Steet
Suite 802
New Haven, CT 06510


HALLORAN
&SAGE LLP

Phone (203) 672-5432
Fax (203) 672-5480
Juris No. 432591

falsity of the police report(s) concerning this incident, the pain-and-suffering he experienced, his treatment at St. Mary's Hospital and his observations of the interaction between the Waterbury police and the providing caregiver, Brooke H. Kokus, P.A. It is expected his direct and cross testimony should take approximately 2-3 hours.

2.  Brooke H. Kokus, P.A., c/o St. Mary's Hospital, 56 Franklin St., Waterbury CT 06706.

    It is expected Brooke H. Kokus will testify to her observations and actions relative to the treatment of the Plaintiff on April 17, 2011, including the medical report that she prepared concerning Plaintiff on the date in question and her interactions with one or more members of the Waterbury Police Department, also on the date in question. It is expected her direct and cross testimony should take 60 minutes.

Witnesses the Plaintiff Might Call: any witness identified by Defendants.

Defendants' witness list:

1.  Ryan Cubells, 255 E. Main Street, Waterbury, CT 06702

- 6 -

One Century Tower
265 Church Street
Suite 802
New Haven, CT 06510

HALLORAN
&SAGE LLP

Phone (203) 672-5432
Fax (203) 672-5480
Juris No. 432591

It is expected Ryan Cubells will testify regarding his observations and actions relative to the pursuit and arrest of the Plaintiff on April 17, 2011.  It is expected his testimony should take 90 minutes.

2.  Marc Sharoh, 255 E. Main Street, Waterbury, CT 06702

It is expected Marc Sharoh will testify regarding his observations and actions relative to the pursuit and arrest of the Plaintiff on April 17, 2011.  It is expected his testimony should take 60 minutes.

3.  Scott Phelan, 255 E. Main Street, Waterbury, CT 06702

It is expected Scott Phelan will testify regarding his observations and actions relative to the pursuit and arrest of the Plaintiff on April 17, 2011.  It is expected his testimony should take 120 minutes.

4.  Timothy Lamontagne, 255 E. Main Street, Waterbury, CT 06702

It is expected Timothy Lamontagne will testify regarding his observations and actions relative to the pursuit and arrest of the Plaintiff on April 17, 2011.  It is expected his testimony should take 60 minutes.

5.  Charles Sampson, 255 E. Main Street, Waterbury, CT 06702

It is expected Charles Sampson will testify regarding his observations and actions relative to the pursuit and arrest of the Plaintiff on April 17, 2011.  It is expected his testimony should take 60 minutes.

6.  Mckinley Dawson, 11 Tudor Street, Waterbury, CT 06702

- 7 -

One Century Tower
265 Church Street
Suite 802
New Haven, CT 06510


HALLORAN
&SAGE LLP

Phone (203) 672-5432
Fax (203) 672-5480
Juris No. 432591

It is expected Mr. Dawson will testify regarding his observations of the Plaintiff in the Sportsmen's Club and regarding the altercation that occurred therein on April 17, 2011.  It is expected his testimony should take 60 minutes.

Witnesses the Defendant Might Call:

7.  James Roberts, 116 Highland Ave., 2nd Fl., Waterbury, CT

It is expected Mr. Roberts will testify regarding his observations of the Plaintiff in the Sportsmen's Club and regarding the altercation that occurred therein on April 17, 2011.  It is expected his testimony should take 30 minutes.

8.  Malcolm Gunthrope, 116 Highland Ave., 2nd Fl., Waterbury, CT

It is expected Mr. Gunthrope will testify regarding his observations of the Plaintiff in the Sportsmen's Club and regarding the altercation that occurred therein on April 17, 2011.  It is expected his testimony should take 30 minutes.

9.  Robert Hing, 64 Hidden Pond Drive, Waterbury, CT

It is expected Mr. Hing will testify regarding his observations of the Plaintiff in the Sportsmen's Club and regarding the altercation that occurred therein on April 17, 2011.  It is expected his testimony should take 30 minutes.

10. Gail Woodson, 316 Orange Street, Waterbury, CT

It is expected Ms. Woodson will testify regarding her observations of the Plaintiff in the Sportsmen's Club and regarding the altercation that occurred therein on April 17, 2011.  It is expected his testimony should take 30 minutes.

11. A representative of Saint Mary's Hospital.

One Century Tower
265 Church Street
Suite 802
New Haven, CT 06510


HALLORAN
&SAGE LLP

Phone (203) 672-5432
Fax (203) 672-5480
Juris No. 432591

It is expected the representative from Saint Mary's Hospital will testify regarding the Plaintiff's complaints and treatment at the Hospital on April 17, 2011.  It is expected his testimony should take 60 minutes.

2.  Exhibits:

   I.   Kinion's Exhibits

      1.  Complaint filed December 15, 2011;
      2.  St. Mary's medical records for Plaintiff dated April 17, 2011;
      3.  Arrest photograph of Plaintiff taken April 17, 2011;
      4.  Cubells' termination letter from Waterbury Police Department;
      5.  Waterbury Police Department policy regarding use of force.
      6.  Scott Phelan's April 17, 2011, police report.

   II.  Cubells, Gilbert and Scanlon Exhibits

      1.  Waterbury Police Department report dated April 17, 2011 (6 pages)
      2.  Paul Kinion's Affidavit dated August 18, 2014;
      3.  Plaintiff's Responses to Interrogatories dated September 11, 2013;
      4.  Saint Mary's Medical Records dated April 17, 2011;
      5.  Arrest photograph of Mr. Kinion taken April 17, 2011
      6.  Photographs of 36 Hill Street and the adjoining Property;

3.  Deposition Testimony:

I.      Kinion

 The Plaintiff does not anticipate offering deposition testimony in lieu of live testimony

II.     Cubells, Phelan, Sharoh

The Defendants do not anticipate offering deposition testimony in lieu of live testimony.

One Century Tower
265 Church Steet
Suite 802
New Haven, CT 06510



Phone (203) 672-5432
Fax (203) 672-5480
Juris No. 432591

9. <u>STIPULATIONS AND PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW:</u> Counsel for both parties shall confer in an effort to enter into a written stipulation of uncontroverted facts and into an agreed statement of the contested issues of fact and law.

I.      Stipulated Facts

   a.   The Plaintiff, Paul Kinion is a citizen of the State of Connecticut.
   b.   At all times mentioned in the Complaint, the Defendants were acting under color of State Law.
   c.   On April 17, 2011, Paul Kinion was inside the Sportsmen's Club at 786 North Main Street in Waterbury, CT.
   d.   An argument and fight occurred inside the Club between Paul Kinion and several of the individuals remaining in the Club.
   e.   Paul Kinion exited the Sportsmen's Club with a firearm in his hand by his side.
   f.   LT. Lamontagne was directly across the street from the Sportsmen's Club when the Plaintiff exited the building.
   g.   LT. Lamontagne shouted orders to Paul Kinion to Stop.
   h.   Paul Kinion began to run from LT. Lamontagne.
   i.   Paul Kinion climbed over two walls with fences on them.
   j.   There was heavy rain that evening and morning.
   k.   Paul Kinion attempted to hide the handgun in a space below the rear porch to the residence located at 36 Hill Street, Waterbury.

II.     Contested issues of fact and law

   a.   Whether the Plaintiff exited the Sportsmen's Club with a gun at his side.

   b.   Whether the Plaintiff climbed over a wall with a fence on it.

   c.   Whether Plaintiff had consumed heroin and/or cocaine on the night in question.

One Century Tower
265 Church Street
Suite 802
New Haven, CT 06510



HALLORAN
&SAGE LLP

Phone (203) 672-5432
Fax (203) 672-5480
Juris No. 432591

d.   Whether the Defendant(s) used reasonable force on April 17, 2011 while placing the Plaintiff in custody.

e.   Whether the Defendant(s) used excessive force on April 17, 2011 while placing the Plaintiff in custody.

f.   Whether the Defendant(s) screamed racial obscenities at Plaintiff while they used excessive force on April 17, 2011 while placing the Plaintiff in custody.

g.   Whether the Plaintiff suffered a physical injury as a result of the alleged excessive force by any of the Defendants.

h.   Whether any of the Defendants failed to intervene if either of other Defendants were violating the Plaintiff's civil rights.

i.   Whether the Defendants are entitled to qualified immunity.

j.   Whether the Plaintiff suffered a physical injury as a result of Sharoh, Phelan and/or Cubells' alleged excessive force.

k.   Whether the Plaintiff suffered any damages as a result of the events alleged in the complaint.

10. <u>ANTICIPATED EVIDENTIARY PROBLEMS:</u>

I.   <u>Kinion</u>:

1.   The Plaintiff anticipates filing an evidentiary challenge to the admissibility of

any prior convictions or arrests of the Plaintiff.

One Century Tower
265 Church Street
Suite 802
New Haven, CT 06510


HALLORAN
&SAGE LLP

Phone (203) 672-5432
Fax (203) 672-5480
Juris No. 432591

2. The Plaintiff anticipates filing an evidentiary challenge to the admissibility of testimony regarding the events that occurred in the Sportsmen's Club on the night in question.

II.   Cubells

1. The Defendant filed an evidentiary challenge to the admissibility of any evidence relating to the fact that Cubell's employment with the Waterbury Police Department was terminated in October of 2014.

2. The Defendant filed an evidentiary challenge to the admissibility of FBI recordings made while Cubells was off duty and in a state of intoxication.

3. The Defendant filed an evidentiary challenge to the admissibility of any evidence or testimony regarding other lawsuits brought Cubells alleging civil rights violations.

4. The Defendant filed an evidentiary challenge to the admissibility of any evidence or testimony regarding other civilian complaints that may have been made against them.

5. The Defendant filed an evidentiary challenge to the admissibility of any evidence or testimony regarding whether the traffic stops from which the Plaintiff was eventually arrested were legal.

One Century Tower
265 Church Street
Suite 802
New Haven, CT 06510

HALLORAN
&SAGE LLP

Phone (203) 672-5432
Fax (203) 672-5480
Juris No. 432591

11. <u>COURTROOM TECHNOLOGY:</u>

    I.        <u>Kinion</u>

            The Plaintiff anticipates using the Courtroom technology available and/or laptop to display photographs and/or documents.

    II.       <u>Cubells, Phelan, Sharoh</u>

            The Defendants anticipate using the Courtroom technology available and/or laptop to display photographs and/or documents.

| THE DEFENDANT: | THE DEFENDANTS: |
|---|---|
| RYAN CUBELLS | SCOTT PHELAN AND MARC SHAROH |
| | |
| By: */s/ Mark A. Perkins* | By: */s/ Joseph A. Mengacci* |
| Mark A. Perkins, Esq. | Joseph A. Mengacci, Esq. |
| HALLORAN & SAGE LLP | Special Counsel |
| One Century Tower | Office of Corporation Counsel |
| 265 Church Street, Suite 802 | 235 Grand Street, 3rd Floor |
| New Haven, CT 06510 | Waterbury, CT 06702 |
| Fed. Bar #ct22419 | Fed. Bar #ct05394 |
| Phone:  203-672-5488 | Phone: 203-574-6731 |
| Fax:  203-672-5480 | Fax: 203-574-4380 |
| perkins@halloransage.com | jmengacci@waterburyct.org |
| His Attorneys | Their Attorneys |

- 13 -

One Century Tower
265 Church Street
Suite 802
New Haven, CT 06510


HALLORAN
&SAGE LLP

Phone (203) 672-5432
Fax (203) 672-5480
Juris No. 432591

PLAINTIFF, PAUL KINION
By:____/s/ ct01319_____
Edward C. Taiman, Jr.
etaiman@sabialaw.com
Sabia Taiman, LLC
450 Church Street
Hartford, CT 06103
Tel. (860) 541-2077
Fax. (860) 713-8944
Juris No. ct01319

One Century Tower
265 Church Steet
Suite 802
New Haven, CT 06510


HALLORAN
&SAGE LLP

Phone (203) 672-5432
Fax (203) 672-5480
Juris No. 432591

CERTIFICATION

This is to certify that on this 1st day of August, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Mark A. Perkins

Mark A. Perkins, Esq.

- 15 -

One Century Tower
265 Church Street
Suite 802
New Haven, CT 06510

HALLORAN
& SAGE LLP

Phone (203) 672-5432
Fax (203) 672-5480
Juris No. 432591