UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL KINION | ) CIVIL ACTION NO. 3:11-CV-01941-AVC |
|       Plaintiff, | ) |
| | ) |
| V. | ) |
| | ) |
| SCOTT PHELAN, MARC SHAROH, | ) |
| RYAN CUBELLS | ) |
|       Defendants. | )      AUGUST 4, 2017 |

## **DEFENDANTS' JOINT PROPOSED VOIR DIRE QUESTIONS**

The Defendants jointly propose the following voir dire questions:

1. Have you or any member(s) of your family or any close friends ever sued or made a claim for damages against the police?

2. Have you or any member(s) of your family or any close friends made any formal complaint against a police officer?

3. Have you or any member(s) of your family or any close friends been involved in what you would consider to be a negative or unpleasant situation with the police?

4. Do you feel that your previous involvement in any of these situations would be likely to affect your ability to be completely objective and impartial in this case?

5. Have any of you ever served on a jury that heard claims of police misconduct or violation of constitutional rights?



One Century Tower
265 Church Street
Suite 802
New Haven, CT 06510

Phone (203) 672-5432
Fax (203) 672-5480
Juris No. 432591

6. Sometimes there are newsworthy events involving police officers that receive much media attention. Has there been any such event that you have become aware of through the media coverage that would cause you not to be fair and impartial in this case?

7. Have any of you heard or read anything about the Waterbury Police Department or its officers, or heard or read anything about police officers in general, which would in any way interfere with your ability to be completely objective and impartial concerning the evidence of this case?

8. Do any of you have any strong opinions, ideas or thoughts about claims of deprivation of constitutional rights; such are involved in this case as I have outlined it to you? If so, would you please describe?

9. Would any of your feelings or ideas concerning claims similar to the ones before us today as I have described them to you prevent you from being absolutely fair and impartial in considering this case solely on the basis of the evidence and the law as the Court will give it to you?

10. If the Court were to instruct you that the law applicable to this case could result in your having the duty to send the Plaintiff away with no recovery, would you have any difficulty in making that decision?



One Century Tower
265 Church Steet
Suite 802
New Haven, CT 06510

HALLORAN
&SAGE LLP

Phone (203) 672-5432
Fax (203) 672-5480
Juris No. 432591

11.     Has anyone ever witnessed an arrest? If so, please describe the circumstances surrounding this. Was there anything about that experience that would cause you not to be fair and impartial in this case?

12.     Have you or anyone close to you ever been arrested? Was there anything about that experience that would cause you not to be fair and impartial in this case?

13.     Have you or a member of your family ever been involved in a situation in which you believe that a police officer treated you unfairly? If so, please explain. Was there anything about that experience that would cause you not to be fair and impartial in this case?

14.     Have you or a member of your family ever been involved in an investigation being conducted by the police to determine if a crime has been committed? If so, please explain. Was there anything about that experience that would cause you not to be fair and impartial in this case?

15.     Have you or anyone close to you ever been questioned by police at a police department? Was there anything about that experience that would cause you not to be fair and impartial in this case?

16.     Have you or anyone close to you ever been the victim of a crime? If so, please describe these circumstances. Was there anything about that experience that would cause you not to be fair and impartial in this case?

One Century Tower
265 Church Steet
Suite 802
New Haven, CT 06510

HALLORAN
&SAGE LLP

Phone (203) 672-5432
Fax (203) 672-5480
Juris No. 432591

17. Have you or anyone close to you ever had to call police for assistance? Were you satisfied or unsatisfied with the manner in which the police handled the situation? Was there anything about that experience that would cause you not to be fair and impartial in this case?

18. Do you have any feelings or opinions about law enforcement officials, their abilities, or general competence that would interfere with your ability to fairly judge the Defendants' alleged actions in this case?

19. Do you believe that police officers or law enforcement officials should never use force upon a person that they are arresting, regardless of the circumstances?

20. Do you believe that, in general, police officers or law enforcement officials are inclined to use an excessive amount of physical force in performing their duties?

21. Have you ever witnessed a police officer or law enforcement official use force in the performance of their duties? If so, would this in any way interfere with your ability to be completely objective and impartial concerning the evidence of this case?

22. Have you or anyone you know ever been injured by a police officer?

23. Do you believe that merely because someone is sued, they must have done something wrong or must legally be at fault?

One Century Tower
265 Church Steet
Suite 802
New Haven, CT 06510

HALLORAN
&SAGE LLP

Phone (203) 672-5432
Fax (203) 672-5480
Juris No. 432591

| THE DEFENDANT: | THE DEFENDANTS: |
|---|---|
| RYAN CUBELLS | SCOTT PHELAN AND MARC SHAROH |
| By: */s/ Mark A. Perkins* | By: */s/ Joseph A. Mengacci* |
| Mark A. Perkins, Esq. | Joseph A. Mengacci, Esq. |
| HALLORAN & SAGE LLP | Special Counsel |
| One Century Tower | Office of Corporation Counsel |
| 265 Church Street, Suite 802 | 235 Grand Street, 3rd Floor |
| New Haven, CT 06510 | Waterbury, CT 06702 |
| Fed. Bar #ct22419 | Fed. Bar #ct05394 |
| Phone: 203-672-5488 | Phone: 203-574-6731 |
| Fax: 203-672-5480 | Fax: 203-574-4380 |
| perkins@halloransage.com | jmengacci@waterburyct.org |
| His Attorneys | Their Attorneys |

One Century Tower
265 Church Steet
Suite 802
New Haven, CT 06510


HALLORAN & SAGE LLP

Phone (203) 672-5432
Fax (203) 672-5480
Juris No. 432591

CERTIFICATION

This is to certify that on this 4th day of August, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                        */s/ Mark A. Perkins*
                                                        Mark A. Perkins, Esq.

One Century Tower
4925473v.1
265 Church Steet
Suite 802
New Haven, CT 06510

HALLORAN
&SAGE LLP

Phone (203) 672-5432
Fax (203) 672-5480
Juris No. 432591