UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL KINION : | |
|     Plaintiff : | CIVIL ACTION NO. |
| v. : | 3:11-cv-1941 (JCH) |
| : | |
| WATERBURY POLICE DEPT, ET AL : | |
|     Defendants : | NOVEMBER 14, 2017 |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To:  Warden William Faneuff
      Osborn Correctional Institution
      335 Bilton Road
      P.O.Box 100
      Somers, CT 06071

      **YOU ARE HEREBY COMMANDED** to have the body of **Paul Kinion**, prisoner number **76914**, now detained under your custody, produced before **Honorable Janet C. Hall**, United States District Judge for the District of Connecticut, at **141 Church Street, New Haven, CT 06510** on **Monday, January 8, 2018 at 8:30 a.m.** for jury selection and from time to time thereafter for trial and as the case may be adjourned, and immediately thereafter the said will be returned under safe and secure conduct.

      Dated at New Haven, Connecticut this 14th day of November, 2017.

                                        /s/Janet C. Hall
                                        Janet C. Hall
                                        United States District Judge