UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL KINION | ) CIVIL ACTION NO. 3:11-CV-01941-AVC |
|          Plaintiff, | ) |
| | ) |
| V. | ) |
| | ) |
| RYAN CUBELLS, MARC SHAROH, | ) |
| SCOTT PHELLAN | ) |
|          Defendants, | )    DECEMBER 5, 2017 |

### STIPULATION AS TO FACTUAL STATEMENT TO BE READ TO THE JURY

The Parties hereby stipulate that the following statement may be read as an introduction to the jury:

The plaintiff, Paul Kinion, brings this lawsuit against the defendants, Scott Phelan, Ryan Cubells and Marc Sharoh, alleging these Waterbury Police Officers used excessive force on him during the course of arresting him on April 17, 2011, thereby violating his constitutionally protected civil rights.  The defendants deny using excessive force on the plaintiff and claim that some of his injuries were the result of an earlier altercation between the plaintiff and third-parties.

- 1 -



One Century Tower
265 Church Steet
Suite 802
New Haven, CT 06510

Phone (203) 672-5432
Fax (203) 672-5480
Juris No. 432591

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| THE DEFENDANT:<br>RYAN CUBELLS | THE DEFENDANTS:<br>SCOTT PHELAN AND MARC SHAROH |
| By: */s/ Mark A. Perkins*<br>Mark A. Perkins, Esq.<br>HALLORAN & SAGE LLP<br>One Century Tower<br>265 Church Street, Suite 802<br>New Haven, CT 06510<br>Fed. Bar #ct22419<br>Phone:  203-672-5488<br>Fax:  203-672-5480<br>perkins@halloransage.com<br>His Attorneys | By: */s/ Joseph A. Mengacci*<br>Joseph A. Mengacci, Esq.<br>Special Counsel<br>Office of Corporation Counsel<br>235 Grand Street, 3rd Floor<br>Waterbury, CT 06702<br>Fed. Bar #ct05394<br>Phone: 203-574-6731<br>Fax: 203-574-4380<br>jmengacci@waterburyct.org<br>Their Attorneys |

THE PLAINTIFF, PAUL KINION

By: */s/ Edward C. Taiman*
Edward C. Taiman, Jr.
Sabia Taiman, LLC
450 Church Street
Hartford, CT 06103
Tel. (860) 541-2077
Fax. (860) 713-8944
Juris No. ct01319
etaiman@sabialaw.com



One Century Tower
265 Church Street
Suite 802
New Haven, CT 06510

Phone (203) 672-5432
Fax (203) 672-5480
Juris No. 432591

## CERTIFICATION

This is to certify that on this day, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Mark A. Perkins*
　　　　　　　　　　　　　　　　　　　　　　　Mark A. Perkins, Esq.

- 3 -

One Century Tower
5136327v.1 265 Church Steet
Suite 802
New Haven, CT 06510

HALLORAN
&SAGE LLP

Phone (203) 672-5432
Fax (203) 672-5480
Juris No. 432591