UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL KINION | ) CIVIL ACTION NO. 3:11-CV-01941-JCH |
|       Plaintiff, | ) |
| | ) |
| V. | ) |
| | ) |
| SCOTT PHELAN, MARC SHAROH, | ) |
| RYAN CUBELLS | ) |
|       Defendants. | )  JANUARY 2, 2018 |

### **DEFENDANTS' REVISED PROPOSED JURY INTERROGATORIES**

We the jury, unanimously find:

**I.** **Acting Under Color of State Law**:

    A. Was the Defendant Scott Phelan acting under color of state law on April 17, 2011:

          Yes ___   No___

    B. Was the Defendant Ryan Cubells, acting under color of state law on April 17, 2011:

          Yes ___   No___

    C. Was the Defendant Marc Sharoh, acting under color of state law on April 17, 2011:

          Yes ___   No___

    The parties have stipulated that the Defendants were acting under Color of State Law so your response to each of the questions should be "Yes," then you should proceed to Section II.

    **II.**    **Excessive Force:**

        A. Did the Plaintiff prove by a preponderance of the evidence that the Defendant, Scott Phelan, subjected the Plaintiff, Paul Kinion to excessive force on April 17, 2011:

                Yes ___      No___

        B. Did the Plaintiff prove by a preponderance of the evidence that the Defendant Ryan Cubells acting under color of state law on April 17, 2011:

                Yes ___      No___

        C. Did the Plaintiff prove by a preponderance of the evidence that the Defendant Marc Sharoh, subjected the Plaintiff to excessive force on April 17, 2011:

                Yes ___      No___

If you answered "No" to A, B and C, your deliberations are concluded and you should return a verdict.

If you found one or more of the Defendants subjected the Plaintiff to excessive force go onto Section III.

    **III.**    **Failure to Intervene**

        A. Did the Plaintiff prove by a preponderance of the evidence that Scott Phelan failed to intervene and or stop one of the other Defendants from violating the Plaintiff's constitutional right to be free from excessive force:

                Yes ___      No___

        B. Did the Plaintiff prove by a preponderance of the evidence that Ryan Cubells failed to intervene and or stop one of the other Defendants from violating the Plaintiff's constitutional right to be free from excessive force:

                Yes ___      No___

    C. Did the Plaintiff prove by a preponderance of the evidence that Marc Sharoh failed to intervene and or stop one of the other Defendants from violating the Plaintiff's constitutional right to be free from excessive force:

                Yes ___        No___

Go onto Section IV.

IV. **Proximate Cause**

    A. If you answered "Yes" to Question IIA, did the Plaintiff prove by a preponderance of the evidence that he suffered injury proximately caused by Scott Phelan:

                Yes ___        No___

    B. If you answered "Yes" to Question IIB, did the Plaintiff prove by a preponderance of the evidence that he suffered injury proximately caused by Ryan Cubells:

                Yes ___        No___

    C. If you answered "Yes" to Question IIC, did the Plaintiff prove by a preponderance of the evidence that he suffered injury proximately caused by Marc Sharoh:

                Yes ___        No___

If you answered "No" to questions A, B and C your deliberations are concluded and you should return a verdict. If you answered "Yes" to A, B or C go onto Section V.

V. **Damages**

If your response to the previous Sections has led you to Section V, then answer the following:

Did Paul Kinion suffer actual damages as a result of the Defendant Scott Phelan subjecting him to excessive force:       Yes_____       No_____

Did Paul Kinion suffer actual damages as a result of the Defendant Ryan Cubells subjecting him to excessive force:       Yes_____       No_____

3

Did Paul Kinion suffer actual damages as a result of the Defendant Marc Sharoh subjecting him to excessive force:          Yes_____          No_____

Did Paul Kinion suffer actual damages as a result of the Defendant Scott Phelan failing to intervene:          Yes_____          No_____

Did Paul Kinion suffer actual damages as a result of the Defendant Ryan Cubells failing to intervene:          Yes_____          No_____

Did Paul Kinion suffer actual damages as a result of the Defendant Marc Sharoh failing to intervene:          Yes_____          No_____

If you answered "Yes" to any of these, state the amount of money that will fairly and justly compensate Paul Kinion for the injuries resulting rom the constitutional violation(s) that occurred.

Excessive Force          $_____

Failure to Intervene     $_____

If you answered "No" to any, proceed to Section VI, otherwise proceed to Section VII.

### VI. Nominal Damages

If you have found that the Plaintiff, Paul Kinion, has proven his constitutional rights have been violated but failed to prove actual damages, you must therefore award nominal damages in an amount not to exceed $1.00.

As to Scott Phelan          $_____
As to Ryan Cubells          $_____
As to Marc Sharoh           $_____

Proceed to Section VII.

### VII. Punitive Damages

Keeping in mind my charge on punitive damages, do you find that one or more of the Defendants should be punished or deterred from future misconduct by an award of punitive damages:

4

      Scott Phelan                   Yes_____                No_____

      Ryan Cubells                 Yes_____                No_____

      Marc Sharoh                 Yes_____                No_____

If you answered yes as to any Defendant, in what amount?

      Scott Phelan                   $_____

      Ryan Cubells                 $_____

      Marc Sharoh                 $_____

When you have finished answering the appropriate questions on this form, you may report your verdict.

The form should be signed and dated by the foreperson.

_____

  **Foreperson**                                                                        **Date**