UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL KINION, <br> Plaintiff, | : <br> : <br> : | CIVIL ACTION NO. <br> 3:11-CV-1941 (JCH) |
| v. | : | |
| RYAN CUBELLS et al., <br> Defendants. | : <br> : <br> : | JANUARY 30, 2018 |

## VERDICT FORM

We, the jury, unanimously find the following:

**I.     SECTION 1983 CLAIM**

    **A.     Liability**

        1.     Has Mr. Kinion proven his claim of excessive use of force on April 17, 2011, in violation of his Fourth Amendment rights against:

            a.     Ryan Cubells?                ____Yes     __X__No

            b.     Scott Phelan?               ____Yes     __X__No

            c.     Marc Sharoh?               ____Yes     __X__No

*If you answered NO with respect to one or more of the defendants in response to Question 1, proceed to Question 2 as to that defendant or defendants. Do not answer Question 2 as to any defendant for whom you answered YES in Question 1.*

*If you answered YES with respect to all defendants in response to Question 1, skip to Question 3.*

**B.** **Failure to Intervene**

2. Has Mr. Kinion proven his claim of failure to intervene on April 17, 2011, in violation of his Fourth Amendment rights against:

   a. Ryan Cubells?        ___Yes   _X_No

   b. Scott Phelan?        ___Yes   _X_No

   c. Marc Sharoh?         ___Yes   _X_No

*If you answered YES with respect to one or more of the defendants in response to Questions 1 or 2, proceed to Question 3 as to that defendant or defendants. Do not answer Question 3 as to any defendant for whom you answered NO in both Questions 1 and 2.*

*If you answered NO with respect to all defendants in response to Questions 1 and 2, skip to Part III.*

**D.** **Compensatory Damages**

3. Has Mr. Kinion proven that he is entitled to compensatory damages against:

   a. Ryan Cubells? ____Yes ____No

   b. Scott Phelan? ____Yes ____No

   c. Marc Sharoh? ____Yes ____No

*If you answered YES with respect to any subpart of Question 3, answer that subpart of Question 4. If you answered NO to any of 3(a), 3(b), or 3(c), do not answer the corresponding subpart of Question 4. If you answered NO to all of Question 3, proceed to Question 5.*

4. What amount of compensatory damages do you award to Mr. Kinion against:

   a. Ryan Cubells? $_____

   b. Scott Phelan? $_____

   c. Marc Sharoh? $_____

C. **Nominal Damages**

*If you answered NO to any subpart of Question 3, you must answer that subpart of Question 5. If you answered YES to all subparts of Question 3, proceed to Question 7.*

5. Is Mr. Kinion entitled to nominal damages against:

   a. Ryan Cubells? ____Yes ____No

   b. Scott Phelan? ____Yes ____No

   c. Marc Sharoh? ____Yes ____No

*If you answered YES to any subpart of Question 5, answer that subpart of Question 6. If you answered NO to all subparts of Question 5, proceed to Question 7.*

6. What amount of nominal damages do you award Mr. Kinion against:

   a. Ryan Cubells? $_____

   b. Scott Phelan? $_____

   c. Marc Sharoh? $_____

*If you answered NO to all subparts of Question 3 and Question 5, skip to Question 9. If you answered YES as to any subpart of Question 3 or Question 5, proceed to Question 7 and answer that subpart(s) only.*

D. **Punitive Damages**

7. If you awarded Mr. Kinion damages against a defendant in any subpart of Question 3 or Question 5, is Mr. Kinion entitled to punitive damages against that defendant:

   a. Ryan Cubells?          ____Yes    ____No

   b. Scott Phelan?          ____Yes    ____No

   c. Marc Sharoh?           ____Yes    ____No

*If you answered YES to any subpart of Question 7, answer that subpart of Question 8. If you answered NO to all subparts of Question 7, skip to Question 9.*

8. What amount of punitive damages do you award Mr. Kinion against:

   a. Ryan Cubells?          $_____

   b. Scott Phelan?          $_____

   c. Marc Sharoh?           $_____

## II. TOTAL COMPENSATORY DAMAGES

*If you awarded compensatory damages against more than one defendant, you must answer the following Questions 9–11 as indicated.*

9. Are any of the damages that you awarded in answer to any subpart of Questions 4 duplicative of the damages awarded in an answer to any other subpart of Questions 4?

    ____Yes        ____No

*If you answered YES to Question 9, proceed to Questions 10–11. If you answered NO to Question 9, you have completed your deliberations, and you may proceed to Part III.*

10. Answer a subpart of the following question only if you entered an amount greater than zero ("0") in answer to both Question 4(a) and the subpart listed below.

    Were the compensatory damages awarded in Question 4(a) against Ryan Cubells duplicative of compensatory damages awarded in:

    |  | NO | YES IN WHOLE | YES IN PART ($ PART) |
    |---|---|---|---|
    | Scott Phelan Question 4(b) |  |  |  |
    | Marc Sharoh Question 4(c) |  |  |  |

11. Answer a subpart of the following question only if you entered an amount greater than zero ("0") in answer to both Question 4(b) and the subpart listed below.

    Were the compensatory damages awarded in Question 4(b) against Scott Phelan duplicative of compensatory damages awarded in:

    |  | NO | YES IN WHOLE | YES IN PART ($ PART) |
    |---|---|---|---|
    | Marc Sharoh Question 4(c) |  |  |  |

## III. CONCLUSION

You have now completed the Verdict Form. Please have your foreperson date and sign below.

Dated at New Haven, Connecticut, on this 30 day of January, 2018.

/s/
Jury Foreperson